■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDSON WHITE, Also Known as JACKSON WHITE, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered June 8, 1990.

Ordered that the appeal is dismissed (see, People v Seaberg, 74 NY2d 1; People v Moissett, 76 NY2d 909). Mangano, P. J., Balletta, Eiber, Pizzuto and Santucci, JJ., concur.